1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-05-061-FCD |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER |
| | ) FOR WRIT OF HABEAS CORPUS |
| v. | ) AD PROSEQUENDUM |
| LECHARLES EDWARD BALDON | ) |
| Defendant. | ) |

   COMES NOW the United States of America by the United States Attorney and represents and shows:

   That there is now detained in the Deuel Vocational Institution, 23500 Kasson Rd, Tracy California 95378, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and entry of plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 "I" Street, 8th Floor, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant

1

in court forthwith, and at such other dates as may be necessary in order to procure the defendant's presence to enter a plea and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court forthwith and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Warden, Sheriff or Jailor.

DATED: _____  
McGREGOR W. SCOTT  
United States Attorney

BY: /s/ MATTHEW D. SEGAL  
MATTHEW D. SEGAL  
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

Dated: 5/25/05

/s/ Gregory G. Hollows  
_____  
HONORABLE GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

baldon61.ord05