QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LECHARLES E. BALDON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-061 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATES, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| LECHARLES E. BALDON, | ) | |
| | ) | |
| Defendant. | ) | Date:  July 12, 2005 |
| | ) | Time:  10:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew D. Segal, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant LECHARLES E. BALDON, that the trial confirmation date of July 12, 2005, and jury trial date of August 2, 2005, be vacated, and the matter set for status conference on this court's criminal calendar on August 1, 2005.

Counsel have conferred and agree that this stipulation is

appropriate due to defense counsel's absence from the district from June 28, 2005 through July 22, 2005, rendering him unavailable to attend to this case, also in order to permit the government to complete the gathering of certain additional discovery material which it has agreed to obtain, and also to permit the defense to engage in discovery review, initial consultation with Mr. Baldon, and investigation which is necessary to determine the bases for pretrial motions and to prepare a defense against the charge in the indictment.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled between June 21, 2005, and August 1, 2005, pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (availability of counsel; time to prepare), and that the ends of justice served in allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The court is advised that counsel have conferred about this request, that they have agreed to the August 1 date, and that Mr. Segal has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated:  June 21, 2005

MATTHEW D. SEGAL
Assistant United States Attorney
Counsel for Plaintff

Dated:  June 21, 2005

JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
LECHARLES E. BALDON

Short Name of Pleading            2

**O R D E R**

The stipulated modification of dates for future court appearances set forth in the attached stipulation of counsel is hereby approved.  A status conference is calendared for August 1, 2005, on this court's criminal calendar.

The court finds that the ends of justice served in allowing the defendant further time to prepare, as set forth in the stipulation, outweigh the best interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is excluded between June 28, 2005, and August 1, 2005, pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4.

**IT IS SO ORDERED.**

Dated:  June 21, 2005

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Court