```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 05-061 FCD |
| Plaintiff, ) | |
| ) | STIPULATION OF EXCLUDABLE |
| v. ) | TIME |
| LECHARLES BALDON, ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued to September 26, 2005 at 9:30 a.m. and stipulate that the time beginning August 29, 2005 and extending through September 26, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). First, counsel for the defendant has requested that evidence be submitted to forensic examination, which, if done, may take even longer than the time requested. Second, counsel for the government intends to proffer

a proposed plea agreement that may resolve this case.  Third, counsel for the defendant will be unavailable for part of the time for which the exclusion is requested.  Thus, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: August 26, 2005        By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: August 26, 2005               /s/ Jeffrey Staniels
                                    JEFFREY STANIELS
                                    Attorney for LeCharles Baldon

**IT IS SO ORDERED.**

DATE: August 26, 2005
                                    /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL JR.
                                    U.S. District Judge