```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. CR S 05-061 FCD
                                 )
11             Plaintiff,        )
                                 )   ORDER EXCLUDING TIME
12       v.                      )
                                 )
13  LECHARLES BALDON,            )
                                 )
14             Defendant.        )
    _____)
15
16       The Court orders that the period from November 28, 2005
17  through February 7, 2005 shall be excluded from the calculation
18  of time under the Speedy Trial Act.  First, the ends of justice
19  are served by the Court excluding this entire period of time, so
20  that counsel for the defendant may have reasonable time necessary
21  for effective preparation for an expected motion and also for
22  trial, taking into account the exercise of due diligence.  18
23  U.S.C. § 3161(h)(8)(B)(iv).  Second, time is also properly
24  excluded for the period during which the Defendant's expected
25  motion is pending.  18 U.S.C. § 3161(h)(1)(F).  The interests of
26  //
27  //
28  //
```

justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATE: December 1, 2005

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
U.S. District Judge