**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
LeCharles Baldon

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-05-61  FCD | |
| ) | | |
| Plaintiff ) | STIPULATTION AND ORDER | |
| ) | CONTINUING STATUS | |
| v. ) | | |
| ) | Date: | April 10, 2006 |
| LeCHARLES BALDON ) | Time: | 9:30 AM |
| ) | Court: | FCD |
| Defendant ) | | |
| ) | | |

TO: MCGREGOR W. SCOTT, UNITED STATES ATTORNEY:

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter calendared for Monday April 3, 2006 at 9:30 a.m., be removed from calendar and that the matter be rescheduled for Status Conference on April 10, 2006 at 9:30 a.m.

 The parties also agree that time should be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(8)(B)(iv); Local Code T4, in the interests of justice, continuity of defense

-1-

1 counsel and time to prepare) for the following reasons. Counsel
2 will be out of the State on April 3, 2006.
3     A pre-plea report has been prepared in this matter. Counsel
4 has not yet been able to review its contents with defendant.
5 However, it is anticipated the mater will resolve on April 10,
6 2006.

**IT IS SO STIPULATED**

```
Dated: March 30, 2006          /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant



Dated: March 30, 2006          /S/MATHEW SEGAL
                               Mathew Segal, AUSA
```

**IT IS SO ORDERED**

March 30, 2006

```
                               /s/ Frank C. Damrell Jr.
                               Hon. FRANK C. DAMRELL, Jr.
                               United States District Court
```

-2-