1  **MICHAEL B. BIGELOW**
   Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
   LeCharles Baldon

5

6                        **UNITED STATES DISTRICT COURT**

7                        **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA       )  No. Cr.S-05-61  FCD
                                  )
10                    Plaintiff   )  STIPULATTION AND ORDER
                                  )  FOR FILING OBJECTIONS TO PSR
11          v.                    )  AND SENTENCING
                                  )
12 LeCHARLES BALDON               )  Date:      October 30, 2006
                                  )  Time:      9:30 AM
13                    Defendant   )  Court:     FCD
   _____)

14

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16 their respective attorneys that the above referenced matter,

17 calendared for Monday, September 18, 2006, at 9:30 AM, for

18 sentencing be rescheduled for October 30, 2006 at 9:30 AM for

19 sentencing.

20      It is further agreed and stipulated that informal

21 objections to the PSR shall be filed no later than Wednesday,

22 September 18, 2006, and that formal objections shall be filed no

23 later than September 25, 2006. A corrected PSR, if any shall be

24 filed on or about Monday October 9, 2006.

25

                                    -1-

1    This stipulation and agreement is entered into for the

2 following reasons: During the course of this matter, including

3 preparation for sentencing, counsel for defendant had obtained

4 what he believed was an accurate copy of the abstract of

5 judgment from the Sacramento County Superior Court. Review of

6 the PSR and discussions with defendant, and early discussions

7 with the probation officer were all predicated upon review of

8 the received document. Based on that review no objections to the

9 PSR were filed, and instead a sentencing memorandum was filed.

10
     However, during a long conversation with the probation

11 officer on September 13, 2006, counsel for defendant and the

12 probation officer both came to realize that they were in fact

13 operating from two different documents and thus, were, in

14 effect, talking at cross purposes. (Without belaboring the

15 point, the error came to light when each of us faxed the other

16 the documents in our possession. It turns out that modern

17 technology was the culprit, the fax machine not recording

18 significant data on my received copy.)

19
     After further discussion with both probation and AUSA

20 Segal, it was agreed that this stipulation to reset the

21 sentencing in this matter, and afford defendant the opportunity

22 to file objections to the PSR was in order. In addition, by

23 separate memo, defendant will withdraw his Sentencing Memorandum

24 previously filed.

25

1    **IT IS SO STIPULATED**

2    Dated: September 14, 2006      /S/ MICHAEL B. BIGELOW
                                    Michael B. Bigelow
3                                   Attorney for Defendant

4

5

6    Dated: September 14, 2006      /S/MATHEW SEGAL
                                    Mathew Segal, AUSA
7

8    **IT IS SO ORDERED**

9
September 15, 2006
10
                                    /s/ Frank C. Damrell Jr.
11                                  Hon. FRANK C. DAMRELL, Jr.
                                    United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25