IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                                No. CR S-05-0061 FCD KJM P

     vs.

LECHARLES BALDON,                         <u>ORDER</u>

     Movant.
_____/

     Movant, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On February 23, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 23, 2009, are adopted in full;

2. Respondent's motion to dismiss (#66) is granted;

3. This action is dismissed without prejudice to movant filing an application for writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Central District of California; and

4. The clerk of the court is directed to close the companion civil case No. CIV-S-07-2321 FCD KJM P.

DATED: April 17, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE