IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LeCHARLES EDWARD BALDON, <br><br> Defendant. | CR NO: 2:05-cr-00061 GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: LECHARLES BALDON
Detained at: FOLSOM STATE PRISON
Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Violation Petition
charging detainee with: Violations of conditions of supervised release
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Olusere A. Olowoyeye |
| Printed Name & Phone No: | Olusere Olowoyeye, 916-554-2891 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Feb 5, 2014

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Unknown | ☒Male ☐Female | |
| Booking or CDC #: | AR1335 | DOB: | 1977 |
| Facility Address: | 300 Prison Road, Represa CA 95671 | Race: | African-American |
| Facility Phone: | 916-985-2561 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
(signature)