## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>     v.<br><br>**LeCHARLES EDWARD BALDON,**<br><br>                Defendant. | <br><br><br><br>CR NO: 2:05-cr-00061 GEB |

### APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | LECHARLES BALDON | |
| Detained at | FOLSOM STATE PRISON | |
| Detainee is: | a.) | ☒ charged in this district by:    ☐ Indictment    ☐ Information    ☒ Violation Petition<br>     charging detainee with:    Violations of conditions of supervised release |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Olusere A. Olowoyeye |
| Printed Name & Phone No: | Olusere Olowoyeye, 916-554-2891 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    March 6, 2014                      /s/ Allison Claire
                                                             Honorable Allison Claire
                                                             U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Unknown | ☒ Male | ☐ Female |
| Booking or CDC #: | AR1335 | DOB: | 1977 |
| Facility Address: | 300 Prison Road, Represa CA 95671 | Race: | African-American |
| Facility Phone: | 916-985-2561 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE
Executed on: